**IRS** Department of the Treasury
**Internal Revenue Service**

955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

Date: June 12, 2020

Chapter and Case Number:
11 18-34832-SLM
Person to Contact:
DEVERE OKAFOR
Contact Telephone Number:
(973) 921-4300
Employee Fax Number:
855-652-9055
Employee Identification Number:
0209997

STACEY L. MEISEL
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, 3RD FLOOR
NEWARK, NJ 07102-2506

Debtor: FRANK THEATRES YORK LLC
Bankruptcy Filed December 19, 2018

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 02/28/2019 is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

*De Vere Okafor*
for /s/ ANDREW T AVON
sup Revenue Office

cc: FRANK THEATRES YORK LLC
 KENNETH A ROSEN

Letter 3931CG (11-2004)
Catalog Number 38952B